UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RUTH PINTO,

                       Plaintiff,                      **ORDER**
                                                                          CV 09-5308 (LDW)(ARL)

     -against-

MASSAPEQUA PUBLIC SCHOOLS,

                       Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's letter dated May 19, 2011 informing the court that plaintiff has failed to respond to defendant's draft of the combined proposed pretrial order, which was due to be filed with the court on May 19, 2011. Defendant filed the proposed pretrial order without final approval from plaintiff's counsel or his signature. By letter application dated May 12, 2011 defense counsel sought an extension of the time to file the proposed pretrial order because plaintiff had not yet provided defendant with her initial draft of the order, and the undersigned extended the deadline to May 19, 2011.

      Plaintiff is directed to submit a final version of the joint proposed pretrial order by the close of business Monday, May 23, 2011. Failure to comply with this order will result in sanctions, including a recommendation that the case be dismissed for failure to prosecute.


Dated: Central Islip, New York                       **SO ORDERED:**
       May 20, 2011

                                                          _____/s/_____
                                                          ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge